No. 91–7020. LAWSON v. LEWIS ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–7022. MURRAY v. DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES. Sup. Ct. Fla. Certiorari denied.

No. 91–7024. RUB ET AL. v. ADOLPH RUB TRUST ET AL. Sup. Ct. N. D. Certiorari denied.

No. 91–7044. WATTS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–7055. DIAZ-REYES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–7057. HUNTER v. LINDLER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 91–7082. DINGESS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–7090. SCHMALZRIED v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7091. PETERS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–7093. MCCAFFERTY v. LEAPLEY, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–7099. MOORE v. BARR, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. 10th Cir. Certiorari denied.

No. 91–7100. OWENS v. DEPARTMENT OF VETERANS AFFAIRS. C. A. 6th Cir. Certiorari denied.

No. 91–7110. JACKSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–7114. FARRIS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 91–7125. SWINICK v. DIAMOND ET AL. Super. Ct. N. J., App. Div. Certiorari denied.